**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**JAMES MOLPUS,**

        **Plaintiff(s),**        **CASE NUMBER: 05-73091**

**v.**        **HON. VICTORIA A. ROBERTS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On April 17, 2006, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation **[Doc. 17]** recommending that the Court: (1) deny Defendant's Motion for Summary Judgment **[Doc. 12]**; and, (2) grant Plaintiff's Motion for Summary Judgment **[Doc. 8]** remanding the case for further hearings.  Because the Court did not receive objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.  The Court, therefore: (1) **DENIES** Defendant's Motion for Summary Judgment; (2) **GRANTS** Plaintiff's Motion for Summary Judgment; and (3) **REMANDS** for further hearings.

**IT IS SO ORDERED.**

        S/Victoria A. Roberts
        Victoria A. Roberts
        United States District Judge

Dated:  May 5, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 5, 2006.

S/Carol A. Pinegar
Deputy Clerk